UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clement K. Kaawa,

Petitioner,

v.

Timothy O'Dell, Warden,

Respondent.

Civ. No. 00-2547 (PAM/JGL)

**ORDER**

---

This matter is before the Court on Petitioner's Objection to United States Magistrate Judge Jonathon G. Lebedoff's Order dated November 27, 2000. The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b). Based on a review of the record and the submissions of the Petitioner, the Court concludes that the Magistrate Judge's Order is neither clearly erroneous nor contrary to law. However, because the deadline imposed by Magistrate Judge Lebedoff has expired, the Court grants Petitioner additional time in which to submit an Amended Petition. Petitioner shall have until January 31, 2001 to file an entirely new petition to be captioned "Amended Petition." Should Petitioner fail to submit an Amended Petition within the time prescribed, the Court may summarily dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(b).

FILED DEC 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's Objection to Magistrate Judge Lebedoff's Order (Clerk Doc. No. 2) is **DENIED**; and

2. Petitioner shall have until January 31, 2001 to file an entirely new petition to be captioned "Amended Petition."

Dated: December 26, 2000

Paul A. Magnuson
United States District Court Judge