UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CLEMENT K. KAAWA,<br>Petitioner,<br>v.<br>TIMOTHY O'DELL, Warden,<br>Respondent. | Civil No. 00-2547 (PAM/JGL)<br><br>ORDER GRANTING RESPONDENT'S SECOND EX-PARTE MOTION TO EXTEND TIME TO ANSWER PETITION FOR WRIT OF HABEAS |

ORDER GRANTING RESPONDENT'S SECOND EX-PARTE MOTION TO EXTEND TIME TO ANSWER PETITION FOR WRIT OF HABEAS

The Court, having reviewed the Respondent's Second Ex Parte Motion To Extend Time To File Answer to Petition for Writ of Habeas Corpus, filed herein on 5/14/01, and the Affidavit of Bryan C. Yee attached thereto, and good cause appearing therefor;

IT IS HEREBY ORDERED that Respondent Timothy O'Dell's ex parte motion to extend time is GRANTED and that the Respondent's response to Petitioner Writ of Habeas Corpus and Subjiciendum shall be filed by June 16, 2001.

Dated at MAY 14 2001, ______________________

THE HONORABLE JONATHAN LEBEDOFF
United States Magistrate Judge

FILED 5 15 01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______